In the Matter of the Petition of JOHN H. SMITH, Respondent, for a Peremp-

* Added by Laws of 1917, chap. 700; repealed by Laws of 1920, chap. 644.— [REP.

tory Writ of Mandamus, Directed to JAMES A. McQUADE, Register of the County of Kings, Appellant.— Peremptory mandamus order reversed on the law, and application for such order denied, without costs, for the reason that upon the facts appearing in the record on appeal the relator received due notice under section 22 of the Civil Service Law,* and was allowed ample opportunity to explain the charges upon which he was removed. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

* Amd. by Laws of 1920, chap. 833.— [REP.